**SEALED**

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 7:19-mj-044-BP
)
One white iPhone with IMEI number 359285068578933 ) **FILED UNDER SEAL**
and one black iPhone with serial number )
FCNTK561HG00, as further described in Attachment AA )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:
One white iPhone with IMEI number 359285068578933 and one black iPhone with serial number FCNTK561HG00, as further described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
*(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Hal R. Ray, Jr._____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/15/2019 @ 1:37 p.m.     *Hal R. Ray, Jr.*
                                                                                    *Judge's signature*

City and state: Wichita Falls, Texas     United States Magistrate Judge Hal R. Ray, Jr.
                                                                        *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 7:19-mj-044-BP | Date and time warrant executed: <br> 15 NOV 19, 4:20 P.M. | Copy of warrant and inventory left with: <br> N/A |

Inventory made in the presence of:
SA ELLEN RUTHERFORD, AFOSI

Inventory of the property taken and name of any person(s) seized:

TWO APPLE iPHONES (ONE WHITE IN COLOR, ONE BLACK IN COLOR). THE WHITE iPHONE HAS IMEI NUMBER 359285068578933 AND THE BLACK iPHONE HAS SERIAL NUMBER FCNTK561HG00.

ALL ITEMS WERE EXAMINED VIA CELLEBRITE UNIVERSAL FORENSIC EXTRACTION DEVICE (UFED) PHYSICAL ANALYZER.

THE WHITE iPHONE (IMEI NUMBER 359285068578933) WAS SENT TO THE DEFENSE CRIMINAL FORENSICS LABORATORY (DCFL), 911 ELKRIDGE LANDING ROAD, LINTHICUM, MD 21090, FOR FURTHER FORENSIC EXAMINATION.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 25 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 15 NOV 19

_Executing officer's signature_

STANLEY MEBSBURGH, AFOSI SPECIAL AGENT
_Printed name and title_

## ATTACHMENT A

The property to be seized and searched are two Apple iPhones (one white in color, one black in color). The white iPhone has IMEI number 359285068578933 and the black iPhone has serial number FCNTK561HG00. The iPhones were discovered on or about the person of **Jamison Maurice Gray**, at the time of his arrest on November 14, 2019, on Sheppard Air Force Base, Texas. The Devices have been placed into evidence at AFOSI Detachment 411 and is currently located at AFOSI Detachment 411, 925 Missile Road, Sheppard Air Force Base, Wichita Falls, Texas 76311.

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

Attachment A

## ATTACHMENT B

1.  The Devices described in Attachment A and all evidence and records that relate to violations of 18 U.S.C. § 2422(b) [Attempted Coercion or Enticement] and involve **Jamison Maurice Gray**, including:

    a. All stored contacts, address books, calendar appointments;

    b. Images or video used to promote or further the sexual exploitation of children.

    c. Any locations marked by Global Positioning Satellites (GPS) that are associated with the attempted enticement of minors and or attempted transfer of obscene materials to a minor;

    d. Any applications and its contents, such as Kik, Skype, and MeetMe, that may have been used to communicate with minors for the purpose of committing violations involving the sexual exploitation of minors; and

    e. Chat communications and images sent and/or received during Gray's communication with the UCA;

2.  Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

    a. evidence of software that would allow others to control the Devices, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

  b. evidence of the lack of such malicious software;

  c. evidence indicating how and when the Devices were accessed or used to determine the chronological context of the Devices access, use, and events relating to crime under investigation and to the computer user;

  d. evidence indicating the Devices user's state of mind as it relates to the crime under investigation;

3.  Records evidencing the use of the Internet to communicate with Google servers and or MeetMe servers, or any other Internet servers promoting the business of enticement, prostitution or trafficking of minors including:

  a. records of Internet Protocol addresses used;

  b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4.  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.